IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3034 |
| | ) | |
| V. | ) | |
| | ) | |
| JESUS R. DIAZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the motion to modify conditions of release (filing 112) is granted as provided below:

1. The defendant shall participate in the in-patient drug abuse program at the Omaha Campus for Hope and shall fallow all the rules and regulations of that institution. If, for any reason, the defendant is discharged or leaves the Omaha Campus for Hope, he shall immediately turn himself into the United States Marshals or the U.S. Probation Office.

2. Tracy Payne shall transport the defendant to the Omaha Campus for Hope and the United States Marshals shall see to it that the defendant is released to Payne for such transportation.

3. The Clerk shall deliver a copy of this order to the United States Marshals Service in Lincoln with the request that the Omaha office of the Service be notified immediately so that the defendant may be released from custody to enroll at the Omaha Campus for Hope today.

4. My chambers shall call counsel for the defendant and Jennifer Reynolds, U.S.P.O., and notify them of the contents of this order and request that they assist with the implementation of this order.

DATED this 14th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge